```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Brawer, et al.

                Plaintiffs,

-against-

Egan-Jones Ratings Company, et al.,

                Defendants.

1:24-cv-01895 (AT) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby ORDERED that the documents filed at ECF Nos. 21, 26 and 27 shall remain under seal. The Clerk of Court is respectfully requested to unseal the redacted documents that are filed at ECF Nos. 33, 34 and 35. It is further ORDERED that the parties shall meet and confer, and no later than August 29, 2024, publicly file redacted versions of the Letters filed at ECF Nos. 31 and 36.

**SO ORDERED.**

DATED:    New York, New York
              August 22, 2024

_____
STEWART D. AARON
United States Magistrate Judge