```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MICHAEL BRAWER and
PHILIP GALGANO,

                         Plaintiffs,

       -against-

EGAN-JONES RATINGS COMPANY, SEAN
EGAN, and WENRONG HU,

                         Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/4/2024_

24 Civ. 1895 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By letter dated November 1, 2024, the parties informed the Court that Plaintiffs' administrative remedies under the Sarbanes-Oxley Act of 2002 ("SOX") have been exhausted and that Plaintiffs have filed an amended complaint that adds a SOX cause of action against a new defendant, Wenrong Hu. ECF No. 73; *see also* ECF No. 63. In light of these developments, by **November 22, 2024**, the parties shall jointly submit a revised case management plan.

SO ORDERED.

Dated: November 4, 2024
       New York, New York

ANALISA TORRES
United States District Judge