USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Brawer, et al.

                Plaintiffs,

-against-

Egan-Jones Ratings Company, et al.,

                Defendants.

1:24-cv-01895 (AT) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered as follows:

1. To the extent complaint logs from 2020 or 2021 reflect any complaints made by Brawer or Galgano, Defendants shall produce the complaint logs for that year. If there are any such complaints from 2021, Defendants also shall produce board meeting minutes for 2021.

2. Defendants shall produce documents in response to Plaintiffs' Request Nos. 41 and 42 for the time period set forth in the requests.

3. Defendants shall produce documents in response to Plaintiff's Request No. 40 through January 31, 2024.

**SO ORDERED.**

DATED:    New York, New York
             November 15, 2024

_____
STEWART D. AARON
United States Magistrate Judge