USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Brawer, et al.

                          Plaintiffs,

     -against-

Egan-Jones Ratings Company, et al.,

                         Defendants.

1:24-cv-01895 (AT) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby ORDERED that, no later than February 26, 2025, Plaintiffs shall produce the single communication from Transparency Analytics to Gordon Sinclair.

**SO ORDERED.**

DATED:       New York, New York
                 February 19, 2025

_____
STEWART D. AARON
United States Magistrate Judge