```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Brawer, et al.

                Plaintiffs,

-against-

Egan-Jones Ratings Company, et al.,

                Defendants.

1:24-cv-01895 (AT) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby ORDERED that Plaintiffs' February 18, 2025 Letter Motion (ECF Nos. 113 & 114) is GRANTED IN PART and DENIED IN PART as follows:

1. Based upon representations made by counsel for Defendant Egan-Jones Ratings Company ("EJR"), Plaintiffs' motion is denied as moot with respect to documents responsive to Plaintiffs' Request for Production No. 40.

2. Based upon representations made by counsel for Defendant Hu, Plaintiffs' motion is denied as moot with respect to documents sought from Defendant Hu.

3. Plaintiffs' motion is granted with respect to the audio recordings made by a current employee. EJR shall produce the audio recordings as soon as reasonably practicable.

**SO ORDERED.**

DATED:    New York, New York
              February 26, 2025

_____
STEWART D. AARON
United States Magistrate Judge