```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/5/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BRAWER and
PHILIP GALGANO,

                Plaintiffs,

-against-

EGAN-JONES RATINGS COMPANY, SEAN
EGAN, and WENRONG HU,

                Defendants.

24 Civ. 1895 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court has reviewed the parties' letters dated May 2 and 5, 2025. ECF Nos. 144–45. The existing case deadlines are amended as follows:

1. The case management conference scheduled for May 27, 2025, is ADJOURNED to **June 9, 2025**, at **11:00 a.m.**

2. By **June 2, 2025**, the parties shall submit a joint status report in accordance with paragraph 14 of the case management plan and scheduling order at ECF No. 91. By that same date, Defendants Egan-Jones Ratings Company and Sean Egan (together, the "EJR Defendants") shall file their pre-motion letter for summary judgment.

3. By **May 16, 2025**, the EJR Defendants shall provide Plaintiffs with their Rule 56.1 statement.

       The Clerk of Court is respectfully directed to terminate the motion at ECF No. 144.

       SO ORDERED.

Dated: May 5, 2025
       New York, New York

                                                  ANALISA TORRES
                                         United States District Judge