```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BRAWER and
PHILIP GALGANO,

                              Plaintiffs,

-against-

EGAN-JONES RATINGS COMPANY, SEAN EGAN, and WENRONG HU,

                              Defendants.

24 Civ. 1895 (AT) (SDA)

**AMENDED ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated June 2, 2025. ECF Nos. 148–50. The case management conference scheduled for June 9, 2025, is ADJOURNED *sine die*. The Court shall address Defendants' pre-motion letters after Plaintiffs file their response on June 9. Additionally, the action is referred to the Honorable Stewart D. Aaron for the following purposes:

| | | | |
|---|---|---|---|
| ☒ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☒ | Specific Non-Dispositive Motion/Dispute<br><br>   ECF Nos. 26, 27 (motion to seal) | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:<br>_____ | ☐ | Habeas Corpus |
| ☒ | Settlement | ☐ | Social Security |
| ☐ | Inquest After Default/Damages Hearing | ☐ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion: _____ |

SO ORDERED.

Dated: June 3, 2025
      New York, New York

                                                ANALISA TORRES
                                       United States District Judge