UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michael Brawer, et al.<br><br>                    Plaintiffs,<br><br>-against-<br><br>Egan-Jones Ratings Company, et al.,<br><br>                    Defendants. | 1:24-cv-01895 (AT) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby ORDERED that the Letter Motions filed by Defendants Egan-Jones Ratings Company and Sean Egan (ECF Nos. 165/166) are GRANTED IN PART and DENIED IN PART as follows: Egan and Mandelbaum shall be permitted to review the Carta Valuation either at the offices of their counsel, or on a remote platform hosted by their counsel. Egan and Mandelbaum shall not be provided copies of the Carta Valuation and shall not disclose to anyone other than their counsel any contents of the Carta Valuation.

SO ORDERED.

DATED:    New York, New York
          August 26, 2025

                                                    _____
                                                    STEWART D. AARON
                                                    United States Magistrate Judge