**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Michael Brawer, et al.**

**Plaintiffs,**

**-against-**

**Egan-Jones Ratings Company, et al.,**

**Defendants.**

**1:24-cv-01895 (AT) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby ORDERED that, no later than Thursday, October 29, 2026, the parties jointly shall submit, via email to Aaron_NYSDChambers@nysd.uscourts.gov, at least four mutually agreeable dates when all parties and counsel are available for a remote settlement conference.[1] The email should indicate whether the parties are available for the selected dates in the morning, afternoon, or both, and indicate their preference for an in-person conference or a remote conference using Microsoft Teams. The parties should consult Judge Aaron's Settlement Conference Procedures, available on the SDNY website, for the attendance requirements for the settlement conference.

**SO ORDERED.**

Dated: New York, New York
October 22, 2026

STEWART D. AARON
United States Magistrate Judge

[1] Judge Aaron is unavailable for a settlement conference between November 16, 2026 and December 18, 2026. The only date/time prior to November 16 that Judge Aaron presently is available for a settlement conference is Monday, November 9, at 2:30 p.m. If the parties and their counsel are available then, they should so advise the Court as soon as possible.