**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Michael Brawer, et al.**

**Plaintiffs,**

**-against-**

**Egan-Jones Ratings Company, et al.,**

**Defendants.**

**1:24-cv-01895 (AT) (SDA)**

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Wednesday, January 13, 2027, at 10:00 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Wednesday, January 6, 2027).

**SO ORDERED.**

Dated: New York, New York
November 4, 2026

Stewart d. Aaron
______________________________
STEWART D. AARON
United States Magistrate Judge